James W. Henderson, Jr., No. 071170
Tania H. Colderbank, No. 213675
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 – 7th Street, Suite 200
Sacramento, CA  95814-3409
Telephone:     916.446.5297
Facsimile:      916.446.4487

Attorneys for Defendant
USI ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>         Plaintiff,<br><br>    v.<br><br>USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive,<br><br>         Defendants. | No.  CIV - S- 01-1788 RRB GGH<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE AND RELATED PRETRIAL DEADLINES**<br><br>Complaint Filed: January 17, 2001<br>Trial Date:         March 10, 2008<br><br>THE HONORABLE RALPH R. BEISTLINE |

      This is an action in which the plaintiff, DAMERON HOSPITAL ASSOCIATION (hereinafter "DAMERON"), seeks to recover damages for monetary amounts it claims that it was allegedly improperly required to pay for its employee health benefits program administered by the defendant USI ADMINISTRATORS, INC. (hereinafter "USIA").  Specifically, DAMERON alleges that USIA improperly calculated the amount that DAMERON paid for charges incurred through the health benefits program it provided its employees and their dependents for the years 1999 and 2000.

      The claims asserted require the review of the individual medical claims for hundreds of DAMERON employees and dependents during this two-year period.  USIA

CBM-SAC\SA051390.1

**STIPULATION AND ORDER CONTINUING  TRIAL DATE  (CIV-S-01-1788 DFL GGH)**

PDF created with pdfFactory trial version www.pdffactory.com

1  has produced thousands of pages of documents relating to the claims which it processed
2  for DAMERON employees and dependants during the period in question. However,
3  further investigation has revealed that additional documents need to be located and
4  reviewed, including the actual worksheets for the individual claims when they were
5  processed by USIA. Unfortunately, these additional records are not accessible via
6  computer, but rather consist of the original individual invoices and worksheets generated
7  when the billings were received by USIA. In the course of attempting to locate these
8  documents, counsel for USIA has been advised that they are most likely in a storage
9  facility in the Stockton area. Furthermore, these records are not filed by reference to
10 DAMERON HOSPITAL or even the name of the employee or dependent. Rather, they
11 are intermingled with claims that USIA was processing in the Stockton office for other
12 clients as well. Thus, these documents must be retrieved by reviewing a much larger
13 amount of records for the period in question. The difficulties in locating and reviewing
14 the information are further intensified by virtue of the fact that none of the individuals
15 working in the USIA Stockton office are still employed by USIA.

16         As previously indicated to the Court, the parties have held several mediation
17 hearings with John Bates of JAMS in an attempt to resolve the issues of this lawsuit.
18 However, during the mediation it became clear that there were significant issues as to the
19 nature and extent of the claimed overcharges and the methods for determining and
20 calculating the alleged damages. Accordingly, it was decided at that time to continue the
21 mediation hearing to give the parties additional time to locate additional documentary
22 evidence and to discuss the issues with the experts. This additional work from the
23 standpoint of the defendant included several hours of searching for original billing records
24 in a large warehouse in Stockton.

25         With a focus towards the mediation, the parties have continued to refrain from
26 formal discovery and have been voluntarily exchanging information. Samples of
27 additional billing records for the two-year period in question have been reviewed and
28 analyzed extensively by both sides. This process has taken additional time.

CBM-SAC\SA051390.1                              -2-

**STIPULATION AND ORDER CONTINUING TRIAL DATE (CIV-S-01-1788 DFL GGH)**

PDF created with pdfFactory trial version www.pdffactory.com

The parties have requested prior extensions from this Court to facilitate the mediation process. At the time that the last extension was requested, it was indicated that the parties intended to proceed with a follow-up mediation with John Bates and mediation has continued in this matter. However, at the last mediation session, new issues have been raised relating to damages, which have required additional investigation and analysis by the parties. In addition, issues regarding insurance coverage have arisen between USIA and its insurance carrier. USIA is currently attempting to resolve these issues.

Both sides recognize that if the mediation is unsuccessful, the remaining discovery, including expert witnesses, will be extremely costly to both sides, to say nothing of the costs of conducting a trial on this matter. If the mediation is successful, the case will of course be taken off calendar.

Accordingly, and for the reasons stated above, the parties hereby stipulate and request that the Court issue an Order amending the Court's previous Status (Pre-trial Scheduling) Order of December 7, 2001 and setting the following new dates in this matter:

|  | **Old Date:** | **New Date:** |
|---|---|---|
| **Expert Disclosure** | August 10, 2007 | June 12, 2008 |
| **Rebuttal Expert Disclosure** | August 31, 2007 | July 3, 2008 |
| **Discovery Cutoff** | October 12, 2007 | August 11, 2008 |
| **Last Day to File Dispositive Motions** | November 21, 2007 | October 1, 2008 |
| **Last Hearing Date for Dispositive Motions** | December 19, 2007 | October 29, 2008 |
| **Final Pretrial Conference** | February 1, 2007 2:00 p.m. | December 5, 2008 2:00 p.m. |
| **Trial Date** | March 10, 2008 8:30 a.m. | January 12, 2009 9:00 a.m. |

PDF created with pdfFactory trial version www.pdffactory.com

1 | I hereby agree to the terms of the above Stipulation.

2 | Dated:_____  **KROLOFF BELCHER SMART PERRY and**
3 | **CHRISTOPHERSON**

By:_____/s/_____
Allison C. Lafferty
Attorneys for Plaintiff

I hereby agree to the terms of the above Stipulation.

Dated:_____  **CARROLL, BURDICK & McDONOUGH LLP**

By:_____/s/_____
James W. Henderson, Jr.
Attorneys for Defendant

### **ORDER**

It is so ordered.

DATED: July 31, 2007

/s/ Ralph R. Beistline_____
HON. RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

CBM-SAC\SA051390.1                                -4-

**STIPULATION AND ORDER CONTINUING TRIAL DATE (CIV-S-01-1788 DFL GGH)**

PDF created with pdfFactory trial version www.pdffactory.com