1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT
9    EASTERN DISTRICT OF CALIFORNIA
10   SACRAMENTO DIVISION
11

12   DAMERON HOSPITAL ASSOCIATION,

            Plaintiff,

        v.

     USI ADMINISTRATORS, INC. and
     DOES 1 through 50, inclusive,

            Defendants.

No.  CIV - S- 01-1788 RRB GGH

**ORDER TAKING HEARING ON MOTION TO COMPEL DOCUMENT PRODUCTION OFF**

Date: 3/13/08
Time: 10:00 a.m.
Courtroom: 24 [Hon. Gregory G. Hollows Presiding]

The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendant USI Administrators, Inc., to take the hearing date on Dameron's Motion to Compel Document Production off calendar, and finding good cause therefore, **HEREBY ORDERS** that the hearing on Dameron's Motion to Compel Document Production currently set for hearing on March 13, 2008, at 10:00 a.m. is off calendar.

CBM-SAC\SA061879.1

**STIPULATION AND [PROPOSED] ORDER**

1    This **ORDER** shall be without prejudice to Dameron re-setting the Motion to

2 Compel presently on file for a future hearing should such a hearing become, in

3 Dameron's estimation, necessary.

   **IT IS SO ORDERED.**

Dated: 03/10/08                                       /s/ Gregory G. Hollows

                                                     **MAGISTRATE JUDGE**

**dameron.ord**