1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  20281 Birch Street, Suite 100
   Newport Beach, CA 92660
3  Telephone: (949) 474-4222

4  **GREGORY M. HATTON, CAL. BAR NO. 119810**

5  Attorneys for Plaintiff
   DAMERON HOSPITAL ASSOCIATION

6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12                                          )
    DAMERON HOSPITAL ASSOCIATION,           ) Case No.: 2:01 CV 01 788
13                                          ) JAM GGH
                          Plaintiff,        )
14                                          ) HIPAA CONFIDENTIALITY
         vs.                                ) AGREEMENT AND ORDER THEREON
15                                          )
    USI ADMINISTRATORS, INC. and            )
16  DOES 1 through 50, inclusive,           )
                                            )
17                        Defendants.       )
                                            )
18                                          )

19

20       The parties to this action hereby agree to keep certain

21  information in this matter private and confidential and seek

22  an order maintaining such privacy and confidentiality as

23  follows:

24       1.   In connection with discovery in this matter, the

25  parties hereto are aware and agree that numerous documents

26  either already produced or that will be produced contain

27  information subject to non-disclosure under the Health

28
                              - 1 -
STIPULATION AND PROTECTIVE ORDER
CBM-SAC\SA061897.1                              Case No. :2:01 CV 01 788 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  Insurance Portability and Accountability Act of 1996

2  ("HIPAA") and other privacy laws.

3       2.   Hereafter, "HIPAA information" as used herein shall

4  refer to such protected information.

5       3.   By signing below, the parties agree to all of the

6  terms contained herein with regards to any information

7  disclosed in discovery that is governed by HIPAA.

8       4.   All individuals who will review the HIPAA

9  information are either employees, agents, or independent

10 contractors of Dameron Hospital Association ("Dameron") or

11 USI Administrators, Inc. ("USI") (successor in interest to

12 Beckwith Hightower) or their respective attorneys who, in the

13 course of their employment, agency or independent contractor

14 relationship with Dameron, USI, or their respective attorneys

15 must necessarily handle, see, and gain knowledge of HIPAA

16 information.  Accordingly, before any of the HIPAA

17 information is made available to those persons, they must

18 agree in writing to all of the following:

19          a.   All HIPAA information shall be used solely for

20 the defense, prosecution and/or settlement of this action,

21 and for no other purpose.

22          b.   All HIPAA information shall be kept in the

23 strictest confidence, and, except as required by valid Court

24 Order, shall not be disclosed to any third-parties, save for

25 experts and other individuals involved in prosecuting or

26 defending this action.  All such third-parties must agree, in

27 writing, to be bound by the terms of this agreement prior to

28

STIPULATION AND PROTECTIVE ORDER
CBM-SAC\SA061897.1                                      Case No. CIV-S-01-788 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  such disclosure.

2          c.   If any HIPAA information is submitted to the

3  Court or otherwise made a part of the public record, the

4  parties hereto agree to protect all such HIPAA information

5  per the provisions of HIPAA from disclosure.  This may

6  include redaction of all patient and employee identification

7  information, and/or requesting that documents be filed under

8  seal.

9          d.   In the course of reviewing and gathering HIPAA

10 information relevant to this lawsuit, it may be necessary to

11 review documents contain ing HIPAA information relating to

12 individuals as to whom such information is not germane or

13 relevant to the issues in this lawsuit.  Each party reviewing

14 any such information agrees that upon determining that such

15 HIPAA information is not relevant or germane to the issues of

16 this lawsuit, such information will not be utilized or

17 disclosed in any fashion.

18         e.   All HIPAA information shall be returned to

19 Dameron, USI, or their counsel of record at the conclusion of

20 this lawsuit, and that HIPAA information will be stored

21 and/or destroyed in accordance with the law.

22     5.   This agreement and any order hereon shall be

23 without prejudice to the resolution of any future discovery

24 issues, including future requests for protective orders, in

25 this matter.

26     6.   This agreement and any order hereon is made solely

27 to facilitate the exchange of documents and information that

28

- 3 -

STIPULATION AND PROTECTIVE ORDER
CBM-SAC\SA061897.1                                          Case No. CIV-S-01-788 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

1   contain HIPAA information between the parties hereto while

2   ensuring that the respective parties will maintain the

3   private nature of all HIPAA information contained therein in

4   such a matter that complies with HIPAA and other privacy

5   laws.

6       7.   This agreement and any order hereon shall not be

7   considered an admission of any kind, including whether any

8   documents contain HIPAA information, or other sensitive

9   information, should a dispute arise at a later time.

10      8.   This agreement and any order hereon shall survive

11   the final termination of this action, such that all HIPAA

12   information shall continue to be preserved and not be

13   disclosed to the general public or to third parties not

14   covered herein.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION AND PROTECTIVE ORDER
CBM-SAC\SA061897.1                                      Case No. CIV-S-01-788 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

1

2   **IT IS SO STIPULATED.**

3                                          HATTON, PETRIE & STACKLER APC

4

5   Dated:  March 5, 2008_        **S/Gregory M. Hatton**

6                                          GREGORY M. HATTON
                                           Attorneys for Plaintiff
7                                          DAMERON HOSPITAL ASSOCIATION

8

9                                          CARROLL, BURDICK, & MCDONOUGH

10

11  Dated:  March 5, 2008         **S/James W. Henderson, Jr.**

12                                         JAMES W. HENDERSON, JR.
                                           Attorneys for Defendant
13                                         USI ADMINISTRATORS

14  **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

15

16

17  Dated:  May 2, 2008

18                                         /s/ John A. Mendez

19                                         Hon. John A. Mendez

20                                         U.S. District Court

21

22

23

24

25

26

27

28

- 5 -

PDF created with pdfFactory trial version www.pdffactory.com