IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMERON HOSPITAL ASSOCIATION,        No. Civ. 2:01-CV-01788 JAM GGH

      Plaintiff,                   Memorandum of Opinion
                                                              and Order

   v.

USI ADMINISTRATORS, INC.; and
DOES 1 through 50, inclusive,

      Defendants.
_____/

     The matter before the court is Dameron Hospital Association's ("Dameron") motion *in limine* seeking to exclude evidence at trial. Defendant USI Administrators, Inc. ("USI") opposes the motion.[1] The court hereby denies Dameron's motion *in limine*. Motions *in limine* are usually filed after the pretrial conference. Accordingly, Dameron's motion is premature.[2]

---

    [1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 78-230(h).
    [2] The final pretrial conference in this matter is currently set for December 5, 2008.  Docket at 22.

1

Dameron's request is more appropriately raised in its pretrial statement.³  This motion is denied without prejudice to its renewal closer to trial.  If and when a pretrial order issues later in these proceedings, a briefing schedule will be set with respect to both parties' motions *in limine.*

   IT IS SO ORDERED.

Dated:  May 12, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

   ³ Ten days prior to the date set by the court for holding the final pretrial conference, counsel shall file either a separate pretrial statement or a joint pretrial statement containing, among other things, "[a] plain concise summary of any reasonably anticipated disputes concerning the admissibility of [evidence] . . . and a statement whether such dispute should be resolved by motion in limine, briefed in the trial brief, or addressed in some other manner."  See E.D. Cal. L.R. 16-281.