IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMERON HOSPITAL ASSOCIATION,

      Plaintiff,

   v.

USI ADMINISTRATORS, INC.; and DOES 1 through 50, inclusive,

      Defendants.
_____/

No. Civ. 2:01-CV-01788 JAM GGH

Amended <u>Memorandum of Opinion and Order</u>

    The matter before the court is USI Administrators, Inc.'s ("USI") motion *in limine* seeking to exclude evidence at trial. Plaintiff Dameron Hospital Association ("Dameron") opposes the motion.[1] The court hereby denies USI's motion *in limine*. Motions *in limine* are usually filed after the pretrial conference. Accordingly, USI's motion is premature.[2] USI's request is more

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 78-230(h).

[2] The final pretrial conference in this matter is currently set for December 5, 2008. Docket at 22.

1

appropriately raised in its pretrial statement.[3]  This motion is denied without prejudice to its renewal closer to trial.  If and when a pretrial order issues later in these proceedings, a briefing schedule will be set with respect to both parties' motions *in limine.*

    IT IS SO ORDERED.

Dated:  May 12, 2008

                                                     */s/ John A. Mendez*
                                                  JOHN A. MENDEZ,
                                                  UNITED STATES DISTRICT JUDGE

---

[3] Ten days prior to the date set by the court for holding the final pretrial conference, counsel shall file either a separate pretrial statement or a joint pretrial statement containing, among other things, "[a] plain concise summary of any reasonably anticipated disputes concerning the admissibility of [evidence] . . . and a statement whether such dispute should be resolved by motion in limine, briefed in the trial brief, or addressed in some other manner."  See E.D. Cal. L.R. 16-281.