| | |
|---|---|
| 1 | GREGORY M. HATTON, CBN # 119810 |
|  | JOHN A. McMAHON, CBN # 237261 |
| 2 | **HATTON, PETRIE & STACKLER APC** |
|  | 20281 Birch Street, Suite 100 |
| 3 | Newport Beach, CA 92660 |
|  | Telephone: (949) 474-4222 |
| 4 | Fax: (949) 474-1244 |
|  | g_hatton@hattonpetrie.com |
| 5 | j_mcmahon@hattonpetrie.com |
| 6 | Attorneys for Plaintiff |
|  | DAMERON HOSPITAL ASSOCIATION |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| DAMERON HOSPITAL ASSOCIATION, | ) | Case No.: 2:01 CV 01 788 JAM GGH |
|  | ) | |
| Plaintiff, | ) | **STIPULATION CONTINUING HEARING DATE ON DAMERON HOSPITAL ASSOCIATION'S MOTION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES** |
| vs. | ) | |
| USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive, | ) | Assigned to Hon. Judge Mendez |
|  | ) | Date: March 11, 2009 |
| Defendants. | ) | Time: 9:00 a.m. |
|  | ) | Courtroom: 6 |
|  | ) | Trial Date: January 12, 2009 |
|  | ) | Discovery Cut-Off: August 11, 2008 |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Dameron Hospital Association ("Dameron") has filed a motion to continue the trial date and related pre-trial deadlines in this matter. The motion is set for hearing on March 11, 2009 at 9:00 A.M. Dameron Hospital Association's trial counsel is Hatton, Petrie, & Stackler, APC ("HP&S"). The attorney designated by that firm to appear at hearings and trial for this matter is

- 1 -

STIPULATION AND ORDER RE: HEARING DATE

Case No.   2:01 CV 01788 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  Gregory M. Hatton.  Gregory M. Hatton will be out of the country on a pre-paid vacation on
2  March 11, 2009.  Thus, in the event the court decides to hear oral argument on Dameron's
3  motion to continue trial and related pre-trial deadlines, HP&S now has a conflict with having
4  such hearing on March 11, 2009.

5  Accordingly, the parties hereto agree and stipulate that there is good cause for a short
6  continuance of the hearing on Dameron's motion to continue trial and related pre-trial deadlines
7  from March 11, 2009 at 9:00 A.M. to March 25, 2009 at 9:00 A.M.  Such a continuance will cure
8  HP&S' scheduling conflict.

9  Now therefore, Dameron and USI, by and through their respective counsel, hereby
10 stipulate to move the hearing date for Dameron's motion to continue trial and related pre-trial
11 deadlines from March 11, 2009 at 9:00 A.M. to March 25, 2009 at 9:00 A.M.

12 A proposed order is being filed concurrently herewith.

13 **IT IS SO STIPULATED.**

14
15 DATED:  ___2/24/09_____          HATTON, PETRIE & STACKLER, APC

16                                        _____/s/_____
                                          By: GREGORY M. HATTON
17                                        Attorneys for DAMERON HOSPITAL
                                          ASSOCIATION
18
19 DATED:  ___2/24/09_____           CARROLL, BURDICK & McDONOUGH, LLP

20                                        _____/s/_____
                                          By: JAMES W. HENDERSON, JR.
21                                        Attorneys for USI ADMINISTRATORS, INC.
                                          (As Authorized on 2/24/09)
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>                    Plaintiff,<br><br>vs.<br><br>USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: 2:01 CV 01 788 JAM GGH<br><br>**ORDER CONTINUING HEARING DATE ON DAMERON HOSPITAL ASSOCIATION'S MOTION TO CONTINUE TRIAL AND RELATED PRE-TRIAL DEADLINES TO MARCH 25, 2009**<br><br>Assigned to Hon. Judge Mendez<br><br>Date: March 11, 2009<br>Time: 9:00 a.m.<br>Courtroom: 6<br><br>Trial Date: January 11, 2010<br>Discovery Cut-Off: August 13, 2009 |

   The Court, having reviewed the stipulation between Plaintiff Dameron Hospital Association ("Dameron") and Defendant USI Administrators, Inc. ("USI") to continue the hearing date on Dameron's motion to continue trial and related pre-trial deadlines from March 11, 2009 at 9:00 A.M. to March 25, 2009 at 9:00 A.M, and finding good cause therefore, **IT IS**

- 3 -

STIPULATION AND ORDER RE: HEARING DATE

Case No. 2:01 CV 01 788 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

- 4 -

1 **HEREBY ORDERED** that the hearing on Dameron's motion to continue trial and related pre-
2 trial deadlines is continued from March 11, 2009 at 9:00 A.M. to March 25, 2009 at 9:00 A.M.
3     **IT IS SO ORDERED.**
4
5
6 Dated: February 24, 2009                /s/ John A. Mendez
   **HON. JUDGE JOHN A. MENDEZ,**
7 **UNITED STATES DISTRICT**
   **COURT FOR THE EASTERN**
8 **DISTRICT OF CALIFORNIA**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

STIPULATION AND ORDER RE: HEARING DATE

Case No. 2:01 CV 01 788 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com