James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 – 7th Street, Suite 200
Sacramento, CA  95814-3409
Telephone:	916.446.5297
Facsimile:	916.446.4487

Attorneys for Defendant
USI ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:01 CV 1788 JAM GGH<br><br>**STIPULATION REGARDING DISCOVERY PROPOUNDED BY PLAINTIFF, DAMERON HOSPITAL ASSOCIATION OF DEFENDANT USI ADMINISTRATORS, INC.**<br><br>Assigned to Hon. Judge Mendez<br><br>Trial Date:  January 11, 2010 |

On February 2, 2009, Plaintiff Dameron Hospital Association (hereinafter "Plaintiff") propounded Plaintiff's Interrogatories to Defendant, Set Three; Plaintiff's Request for Production of Documents, Set Three and Plaintiff's Request for Admissions, Set One on Defendant USI Administrators, Inc. (hereinafter "Defendant").  Responses to these discovery items were due on March 8, 2009; by stipulation, the parties agreed to a thirty (30) day extension to and including April 8, 2009 for responding to this discovery.

Defendant has requested, and Plaintiff has agreed, to a further extension of time to May 29, 2009 to respond to this discovery.  In addition, Defendant has agreed to waive the application of Federal Rule of Civil Procedure 33(a)(1) to the extent that the Third Set of Interrogatories exceeds the 25 interrogatory limitation as provided by that

CBM-SAC\SA070657.1

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY**

PDF created with pdfFactory trial version www.pdffactory.com

Rule. Since this stipulation will extend the time for responding beyond thirty days, an Order of the Court approving the stipulation is necessary.

Accordingly, the parties hereby stipulate to and request that the Court sign the Order submitted herewith which provides that (1) Defendant, USI Administrators, Inc. may have to and including May 31, 2009 within which to answer, object of otherwise respond to the Plaintiff's Interrogatories to Defendant, Set Three; Plaintiff's Request for Production of Documents, Set Three and Plaintiff's Request for Admissions, Set One and (2) that the Third Set of Interrogatories may exceed the 25 interrogatory limit provided by FRCP 33(a)(1).

I hereby agree to the terms of the above Stipulation:

DATED: April 4, 2009　　　　　　CARROLL, BURDICK & McDONOUGH, LLP

　　　/s/ James W. Henderson, Jr.
By: JAMES W. HENDERSON, JR.
　Attorneys for USI ADMINISTRATORS, INC.

I hereby agree to the terms of the above Stipulation

DATED: April 3, 3009　　　　　　HATTON, PETRIE & STACKLER, APC

　/s/ Gregory M. Hatton
By: GREGORY M. HATTON
　Attorneys for DAMERON HOSPITAL ASSOCIATION
　**(As authorized on 4/3/09)**

James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 – 7th Street, Suite 200
Sacramento, CA 95814-3409
Telephone: 916.446.5297
Facsimile: 916.446.4487

Attorneys for Defendant
USI ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, | Case No.: 2:01 CV 1788 JAM GGH |
| Plaintiff, | **ORDER GRANTING STIPULATION REGARDING DISCOVERY PROPOUNDED BY PLAINTIFF, DAMERON HOSPITAL ASSOCIATION OF DEFENDANT USI ADMINISTRATORS, INC.** |
| v. | |
| USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive, | Assigned to Hon. Judge Mendez |
| Defendants. | Trial Date: January 11, 2010 |

The parties having so stipulated, and good cause appearing therefore, the Court hereby Orders as follows:

1. That the time for Defendant, USI Administrators, Inc., to answer, object or otherwise respond to the Plaintiff's Interrogatories to Defendant, Set Three; Plaintiff's Request for Production of Documents, Set Three and Plaintiff's Request for Admissions, Set One propounded by Plaintiff to Defendant USI Administrators, Inc. is hereby continued to and including May 29, 2009.

PDF created with pdfFactory trial version www.pdffactory.com

2.      That Rule 33(a)(1), providing a limit of 25 special interrogatories, is hereby waived for purposes of the Third Set of Interrogatories propounded on Defendant by Plaintiff.

DATED: April 6, 2009

/s/ John A.Mendez
HON. JUDGE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com