| | |
|---|---|
| 1 | James W. Henderson, Jr., No. 071170 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP**<br>Attorneys at Law |
| 3 | 1007 – 7th Street, Suite 200<br>Sacramento, CA 95814-3409 |
| 4 | Telephone: 916.446.5297<br>Facsimile: 916.446.4487 |
| 5 | Attorneys for Defendant |
| 6 | USI ADMINISTRATORS, INC. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:01 CV 1788 JAM GGH<br><br>**STIPULATION REGARDING DISCOVERY PROPOUNDED BY PLAINTIFF, DAMERON HOSPITAL ASSOCIATION OF DEFENDANT USI ADMINISTRATORS, INC.; ORDER**<br><br>Assigned to Hon. Judge Mendez<br><br>Trial Date: January 11, 2010 |

On February 2, 2009, Plaintiff Dameron Hospital Association (hereinafter "Plaintiff") propounded Plaintiff's Interrogatories to Defendant, Set Three; Plaintiff's Request for Production of Documents, Set Three and Plaintiff's Request for Admissions, Set One on Defendant USI Administrators, Inc. (hereinafter "Defendant"). Responses to these discovery items were due on March 8, 2009; by stipulations and order, the parties have agreed to extensions to and including May 29, 2009 for responding to this discovery for a total of 80 days.

Defendant has requested, and Plaintiff has agreed, to a further extension of time to June 29, 2009 to respond to this discovery. Since this stipulation will extend the

CBM-SAC\SA071402.1

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY**

PDF created with pdfFactory trial version www.pdffactory.com

time for responding beyond thirty days, an Order of the Court approving the stipulation is necessary.

Accordingly, the parties hereby stipulate to and request that the Court sign the Order submitted herewith which provides that Defendant, USI Administrators, Inc. may have to and including June 29, 2009 within which to answer, object of otherwise respond to the Plaintiff's Interrogatories to Defendant, Set Three; Plaintiff's Request for Production of Documents, Set Three and Plaintiff's Request for Admissions, Set One.

I hereby agree to the terms of the above Stipulation:

DATED: May 27, 2009     CARROLL, BURDICK & McDONOUGH, LLP

               _____/s/ James W. Henderson, Jr._____
               By: JAMES W. HENDERSON, JR.
                 Attorneys for USI ADMINISTRATORS, INC.

I hereby agree to the terms of the above Stipulation

DATED: May 27, 2009     HATTON, PETRIE & STACKLER, APC

               _____/s/ Gregory M. Hatton_____
               By: GREGORY M. HATTON
                 Attorneys for DAMERON HOSPITAL
                 ASSOCIATION
               **(As authorized on 5/27/09)**

IT IS SO ORDERED.

DATED: May 27, 2009

               /s/ John A. Mendez_____
_____
               HON. JUDGE JOHN A. MENDEZ
               UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF
               CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com

CBM-SAC\SA071402.1

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY**