James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 – 7th Street, Suite 200
Sacramento, CA  95814-3409
Telephone:     916.446.5297
Facsimile:      916.446.4487

Attorneys for Defendant
USI ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:01 CV 1788 JAM GGH<br><br>**STIPULATION REGARDING DISCOVERY PROPOUNDED BY PLAINTIFF, DAMERON HOSPITAL ASSOCIATION OF DEFENDANT USI ADMINISTRATORS, INC.; ORDER**<br><br>Assigned to Hon. Judge Mendez<br><br>Trial Date:  January 11, 2010 |

　　　　On February 2, 2009, Plaintiff Dameron Hospital Association (hereinafter "Plaintiff") propounded Plaintiff's Interrogatories to Defendant, Set Three; Plaintiff's Request for Production of Documents, Set Three and Plaintiff's Request for Admissions, Set One on Defendant USI Administrators, Inc. (hereinafter "Defendant").  Responses to these discovery items were due on March 8, 2009; by stipulations and orders, the parties have agreed to extensions to and including June 29, 2009 for responding to this discovery for a total of 110 days.

　　　　Defendant has requested, and Plaintiff has agreed, to a further 15 day extension of time to July 14, 2009 to respond to this discovery.  One reason for the additional extension is that the Defendant's representative who is primarily responsible for the

CBM-SAC\SA071899.1

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY**

PDF created with pdfFactory trial version www.pdffactory.com

preparation of the responses is at home awaiting the imminent birth of her child.  Since this stipulation will extend the time for responding beyond thirty days, an Order of the Court approving the stipulation is necessary.

Accordingly, the parties hereby stipulate to and request that the Court sign the Order submitted herewith which provides that Defendant, USI Administrators, Inc. may have to and including July 14, 2009 within which to answer, object of otherwise respond to the Plaintiff's Interrogatories to Defendant, Set Three; Plaintiff's Request for Production of Documents, Set Three and Plaintiff's Request for Admissions, Set One.

I hereby agree to the terms of the above Stipulation:

DATED: June 24, 2009                    CARROLL, BURDICK & McDONOUGH, LLP


                                        _____/s/ James W. Henderson, Jr._____
                                        By: JAMES W. HENDERSON, JR.
                                            Attorneys for USI ADMINISTRATORS, INC.

I hereby agree to the terms of the above Stipulation

DATED: June 24, 2009                    HATTON, PETRIE & STACKLER, APC
                                        _____/s/ Gregory M. Hatton_____
                                        By: GREGORY M. HATTON
                                            Attorneys for DAMERON HOSPITAL
                                            ASSOCIATION
                                            **(As authorized on 6/23/09)**

IT IS SO ORDERED.


DATED:  June 25, 2009


                                        /s/ John A. Mendez_____
_____
                                        HON. JUDGE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT
                                        FOR THE EASTERN DISTRICT OF
                                        CALIFORNIA

CBM-SAC\SA071899.1                      -2-

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY**

PDF created with pdfFactory trial version www.pdffactory.com