James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 – 7th Street, Suite 200
Sacramento, CA  95814-3409
Telephone:     916.446.5297
Facsimile:      916.446.4487

Attorneys for Defendant
USI ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:01 CV 1788 JAM GGH<br><br>**STIPULATION AND MINUTE ORDER**<br><br>Assigned to Hon. Judge Mendez<br><br>Trial Date:  January 11, 2010 |

　　　　In a Minute Order of this Court dated September 25, 2009, the Court ordered that, pursuant to Local Rule 160, counsel file settlement/dismissal documents no later than October 23, 2009.  Because the parties are awaiting one additional signature to the Settlement Agreement, the parties have agreed to stipulate to a request that the Court extend the deadline for submitting settlement/dismissal documents two weeks to November 6, 2009.

I hereby agree to the terms of the above Stipulation:

DATED: October 23, 2009　　　　HATTON, PETRIE & STACKLER, APC

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　By: GREGORY M. HATTON
　　　　　　　　　　　　　　　　　　Attorneys for DAMERON HOSPITAL ASSOCIATION

CBM-SAC\SA073891.1

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

1  I hereby agree to the terms of the above Stipulation:

3  DATED: October 23, 2009     CARROLL, BURDICK & McDONOUGH, LLP

5  _____/s/_____
   By: JAMES W. HENDERSON, JR.
      Attorneys for USI ADMINISTRATORS, INC.

**ORDER**

10  SO ORDERED.

12  DATED:  10/26/2009

14  /s/ John A. Mendez_____
    U. S. DISTRICT COURT JUDGE

CBM-SAC\SA073891.1              -2-

**STIPULATION AND ORDER RE DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com