James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 – 7th Street, Suite 200
Sacramento, CA  95814-3409
Telephone:    916.446.5297
Facsimile:     916.446.4487

Attorneys for Defendant
USI ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>USI ADMINISTRATORS, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:01 CV 1788 JAM GGH<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**<br><br>Assigned to Hon. Judge Mendez<br><br>Trial Date:  January 11, 2010 |

It is hereby stipulated by and between the parties to this action through their respective counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

It is further stipulated that each of the parties is to bear its own costs of suit and attorney's fees incurred herein.

I hereby agree to the terms of the above Stipulation.

DATED: October 26, 2009            HATTON, PETRIE & STACKLER, APC

_____/s/_____
By: GREGORY M. HATTON
   Attorneys for DAMERON HOSPITAL ASSOCIATION

CBM-SAC\SA071899.1

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

I hereby agree to the terms of the above Stipulation.

DATED: October 26, 2009              CARROLL, BURDICK & McDONOUGH, LLP


                                     _____/s/_____
                                     By: JAMES W. HENDERSON, JR.
                                         Attorneys for USI ADMINISTRATORS, INC.


## ORDER

The parties having so stipulated and good causing appearing, the Court hereby Orders that this matter is hereby dismissed with prejudice.  Each party is to bear its own costs of suit and attorney's fees incurred herein.

DATED:  October 26, 2009



                                     /s/ John A. Mendez_____
_____    HON. JUDGE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT
                                     FOR THE EASTERN DISTRICT OF
                                     CALIFORNIA

CBM-SAC\SA071899.1                   -2-

**STIPULATION AND ORDER RE DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com